UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
DAVID WATTLETON,              )
      Plaintiff,              )
                              )     C.A. No. 04-40175-MLW
      v.                      )
                              )
UNITED STATES DEPARTMENT OF   )
JUSTICE,                      )
      Defendant.              )
```

<u>ORDER</u>

WOLF, D.J.                                            August 16, 2005

On June 30, 2005, this court ordered petitioner David Wattleton, within forty-two days, or, by August 12, 2005, to pay the filing fee or submit a new application for waiver of the filing fee. The court provided Wattleton with an application. Wattleton has not made the requisite filings. Accordingly, it is hereby ORDERED that this case is DISMISSED for want of prosecution.

                                    _____
                                    UNITED STATES DISTRICT COURT