## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  05-2306

USDC Docket Number :  04cv40175-MLW

DAVID  WATTLETON

v.

UNITED STATES DEPARTMENT OF JUSTICE

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

#9, Order on Applic to Proceed without prepayment of fees on Appeal

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2006.

Sarah A. Thornton, Clerk of Court

By:

Catherine M. Gawlik, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/06