# MANDATE

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

Nos.     05-2306 and 05-2307
DC Nos.  04-cv-40175 and 04-cv-40181

DAVID WATTLETON
Plaintiff, Appellant,

v.

UNITED STATES DEPARTMENT OF JUSTICE
Defendant, Appellee.

CORRECTED JUDGMENT*
ENTERED: September 27, 2006
Pursuant to 1st Cir. R. 27(d)

On June 7, 2006, this court issued an order directing the appellant to either pay the filing fees of $255.00 for each notice of appeal for a total of $510.00 to the Clerk of the District Court of Massachusetts, or to file a motion and financial affidavit for in forma pauperis status in this court. This court notified appellant that failure to take any action could result in these appeals being dismissed in accordance with Local Rule 3(b).

A review of the district court docket does not reflect the payment of the filing fees, nor has this court received an application to proceed in forma pauperis. These appeals, therefore, are dismissed for lack of prosecution in accordance with Local Rule 3(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_George Thoby_
Deputy Clerk

Date: 11/20/06

By the Court:

Richard Cushing Donovan, Clerk

By: **JULIE GREGG**
    Operations Manager

[cc: Messrs. Wattleton, Sullivan, Shapiro]

---

* Judgment entered on August 3, 2006 inadvertently cited the appeal no. as 06-2307 when in fact the correct appeal no. is 05-2307.